# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL LADELL,<br><br>           Petitioner,<br><br>           v.<br><br>MATTHEW CATE, Secretary of Corrections,<br><br>           Respondent. | NO. CV 11-4580 JHN (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 16, 2011

                                                                     JACQUELINE H. NGUYEN<br>                                                            UNITED STATES DISTRICT JUDGE